# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

**August 7, 2013**

Gaylor v. K. F. Jacobsen & Co., Inc. (S061320). Alternative writ of mandamus issued.

State v. Lopes, James Michael Francis (S061395). Alternative writ of mandamus issued.